# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

December 18, 2019

*By the Court:*

No. 16-4234

DELORES HENRY, *et al.*, on behalf of a class,
　　*Plaintiffs-Appellants*,

　　　　　*v.*

MELODY HULETT, former Warden of Lincoln
Correctional Center, *et al.*,
　　*Defendants-Appellees*.

Appeal from the United
States District Court for
the Central District of
Illinois.

No. 12-CV-3087
Richard Mills, *Judge*.

**Order**

The petition for rehearing en banc is granted. The opinion and judgment entered by the panel are vacated. A new briefing schedule will be set by further order. Oral argument will be heard on a date to be set also by further order.